JESS R. MARCHESE, ESQ.
Nevada Bar No. 8175
1212 Casino Center Boulevard
Las Vegas, NV 89104
(702) 385-5377 Fax (702) 474-4210
Attorney for Defendant: ELLIS

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| THE UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.: 2:13cr258 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANNY ELLIS, | ) | |
| | ) | |
| Defendant. | ) | |

SUBSTITUTION OF COUNSEL

I hereby accept the representation of Defendant DANNY ELLIS in place and instead of the

FEDERAL PUBLIC DEFENDER.

DATED: July 28, 2013

MARCHESE LAW OFFICES

By: _____
Jess R. Marchese, Esq. (SBN 8175)
Attorney for Defendant

I hereby consent to the substitution of JESS R. MARCHESE, ESQ. in place and instead of the

FEDERAL PUBLIC DEFENDER.

DATED: July 28, 2013

By: _____
DANNY ELLIS

I hereby acknowledge the substitution of JESS R. MARCHESE, ESQ as counsel of record and

will relinquish a copy of the file as soon as practicable to his office.

DATED THIS _____ Day of June, 2013.

By: _____
FEDERAL PUBLIC DEFENDER
Richard Boulware

-1-

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of MARCHESE LAW OFFICES, and that on the 1st day of August, 2013, I served a copy of the foregoing: **SUBSTITUTION OF ATTORNEY** via the CM/ECF system upon the following.

**Government Counsel:**

United States Attorney
333 Las Vegas Boulevard #5000
Las Vegas, NV 89101

_____/s/_____JESS R. MARCHESE_____
*An employee of the Marchese Law Offices*

**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:   August 2, 2013**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28